THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Steven Andrews
 Ryon, Appellant.
 
 
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2009-UP-493
 Submitted October 1,2009  Filed October
21, 2009

APPEAL DISMISSED

 
 
 
 Appellate Defender LaNelle C. DuRant, of Columbia,
 for Appellant.
 John Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Steven Ryon appeals
 his probation revocation, arguing the
 trial court erred in revoking his probation without holding a full evidentiary hearing.  After a
 thorough review of the record and counsel's brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the
 appeal and grant counsel's motion to be relieved.[1]  
APPEAL DISMISSED.
SHORT, WILLIAMS, and
 GEATHERS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.